# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **ABC IP, LLC, a Delaware limited liability company, et al.,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**Z3 PRODUCTIONS, LLC, an Oklahoma limited liability company, d/b/a Z3 PRO,** )<br>)<br>**Defendant.** ) | **Case No. CIV-25-695-G** |

## ORDER

The record in this case reflects that local counsel for Plaintiffs ABC IP, LLC and Rare Breed Triggers, Inc. has not filed an entry of appearance as required by Local Civil Rule 83.4.

IT IS THEREFORE ORDERED that local counsel for Plaintiffs shall enter an appearance within seven (7) days of the date of this Order.

IT IS FURTHER ORDERED that the Motion seeking leave for nonresident counsel to appear on Plaintiffs' behalf (Doc. No. 4) is DENIED, without prejudice to resubmission.[1]

IT IS SO ORDERED this 26th day of June, 2025.

*Charles B. Goodwin*
CHARLES B. GOODWIN
United States District Judge

---

[1] When asked if familiar with the Federal Rules of Evidence, the Federal Rules of Civil Procedure, and the local rules of this Court, nonresident counsel answered in the negative.