# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

ABC IP, LLC et al.,
    Plaintiff(s)

vs.    Case Number: CIV-25-695-G

Z3 Productions LLC d/b/a Z3 Pro
    Defendant(s)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1., which states:

> A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____Rare Breed Triggers, Inc.,_____
[name of party]

who is a (check one)  ☑ PLAINTIFF  ☐ DEFENDANT  in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

    (Check one)  ☐ YES  ☑ NO

2. **Does party have any parent corporations?**

    (Check one)  ☐ YES  ☑ NO

    If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

    (Check one)  ☐ YES  ☑ NO

    If YES, identify all such owners:

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

    (Check one)   ☐ YES     ☑ NO

If YES, identify entity and nature of interest:

5. **Is party a trade association?**

    (Check one)   ☐ YES     ☑ NO

If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this 14th day of October , 20 25 .

| | |
|---|---|
| s/ Glenn D. Bellamy/ | |
| Signature | |
| Glenn D. Bellamy | 0070321 |
| Printed Name | Bar Number |
| Wood Herron & Evans LLP | |
| Firm Name | |
| 600 Vine Street, Suite 2800 | |
| Address | |
| Cincinnati | OH    45202 |
| City | State    ZIP |
| 513-707-0243 | 513-241-6234 |
| Phone | Fax |
| gbellamy@whe-law.com | |
| Email Address | |

# CERTIFICATE OF SERVICE

I hereby certify that on <u>October 14, 2025</u> (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

John M. Skeriotis

I hereby certify that on _____ (Date), I served the same document by

☐ U.S. Postal Service ☐ In Person Delivery
☐ Courier Service ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

S/ Glenn D. Bellamy<br>Signature